# UNITED STATES DISTRICT COURT FOR THE
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PROMOTE INNOVATION LLC,  )<br>  )<br>       Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>SANOFI-AVENTIS U.S. LLC,  )<br>  )<br>       Defendant.  )<br>  )  | Civil Action No. 2:10-cv-00099-DF |

## STIPULATION AND ORDER OF DISMISSAL

Upon the consent of Plaintiff Promote Innovation LLC ("Promote"), and Defendant sanofi-aventis U.S. LLC ("Sanofi"), the Court issues the following Stipulation and Order of Dismissal ("Order"):

1. This is an action by Promote claiming false patent marking. On June 23, 2010 Promote filed an amended complaint in this action ("Amended Complaint").

2. Promote and Sanofi have agreed to settle their disputes in this action.

3. Promote consents to dismissal with prejudice of all of its claims in the Amended Complaint.

WHEREFORE IT IS ORDERED as follows:

1. Promote's false patent marking claims against Sanofi, as set forth in the Amended Complaint, are hereby dismissed with prejudice.

2. Promote and Sanofi shall each bear their own attorney fees and costs incurred in connection with this action.

Dated: June 23, 2010

Respectfully submitted,

| | |
|---|---|
|    /s/   Zachariah S. Harrington      |    /s/   David M. Maiorana (w/permission)   |
| Zachariah S. Harrington | David M. Maiorana |
| 2802 Jarrard Street | JONES DAY |
| Houston, Texas  77005 | North Point, 901 Lakeside Avenue |
| Telephone:  (713) 370-3133 | Cleveland, Ohio 44114-1190 |
| | Telephone:  (216) 586-3939 |
| | Facsimile:  (216) 579-0212 |
| | |
| *Attorney for Promote Innovation LLC* | *Attorney for sanofi-aventis U.S. LLC* |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 23d day of June, 2010.


                                                                          /s/ Zachariah S. Harrington
                                                               Zachariah S. Harrington